[No. 17109-4-III.  Division Three.  February 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON D. SUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00168-3, Michael E. Cooper, J., entered December 15, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 17616-9-III.  Division Three.  February 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERTO E. CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02521-5, Richard J. Schroeder, J., entered June 12, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kato, JJ.

[No. 17975-3-III.  Division Three.  February 1, 2000.]

ANTHONY A. MANIGLIA, *Appellant*, v. WASHINGTON WATER POWER CO., *Respondent*.

Appeal from a judgment of the Superior Court for Ferry County, No. 95-2-00112-6, Rebecca Margaret Baker, J., entered September 28, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 18284-3-III.  Division Three.  February 1, 2000.]

PAUL GIRAUD, SR., ET AL., *Appellants*, v. QUINCY FARM AND CHEMICAL, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 17, 2000. Substitute opinion filed. Now published at 102 Wn. App. 443.